

**Service of Process Transmittal**
07/06/2021
CT Log Number 539849433

TO: Serviceof Process
CVS Health Companies
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

RE: **Process Served in Florida**

FOR: Holiday CVS, L.L.C. (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LORENA DEL CARMEN JARQUIN, PLTF. vs. HOLIDAY CVS, LLC, ETC., DFT. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 21013801CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/06/2021 at 03:16 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/06/2021, Expected Purge Date: 07/11/2021<br><br>Image SOP<br><br>Email Notification, Serviceof Process service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / NK

Composite Exhibit 1



## PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Tue, Jul 6, 2021 |
| **Server Name:** | CHRISTOPHER YEOMAN |
| Entity Served | HOLIDAY CVS, L.L.C. |
| Case Number | 21-013801 CA 01 |
| Jurisdiction | FL |



Filing # 129548066 E-Filed 06/25/2021 04:12:52 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 21-013801 CA 01

DATE: 7/6/21
TIME: 2:25 PM
SERVER: 
ID#: 

**LORENA DEL CARMEN JARQUIN,**

      Plaintiff,

vs.

**CIVIL ACTION SUMMONS**

**HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724,**

      Defendant.
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

      **HOLIDAY CVS, LLC., d/b/a NAVARRO DISCOUNT PHARMACY #10724
By serving CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

      **WILLIAM C. RUGGIERO, ESQUIRE
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 462-2300
Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____6/28/2021_____, 2021.

HARVEY RUVIN
as Clerk of said Court

(SEAL)

BY: _____
     Deputy Clerk

WCR:am
June 25, 2021

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

**LORENA DEL CARMEN JARQUIN,**

        Plaintiff,

vs.

**HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724,**

        Defendant.

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, LORENA DEL CARMEN JARQUIN, by and through undersigned counsel and sues the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, LORENA DEL CARMEN JARQUIN, at all times material and relevant hereto was a resident of the city of Homestead, Miami-Dade County, Florida, and is sui juris.

3. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about April 19, 2020 the Plaintiff, LORENA DEL CARMEN JARQUIN, was lawfully on the premises of the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, located at 2614 NE 10th Ct., Homestead, Florida 33033, as a business invitee.

5. That on or about April 19, 2020, the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about April 19, 2020, the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: The Plaintiff, LORENA DEL CARMEN JARQUIN, slipped and fell on dirty slippery liquid from a leaking sink on the Defendant's premises, causing the Plaintiff serious injury.

7. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, LORENA DEL CARMEN JARQUIN, of the existence of the dangerous condition.

8. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, failed to warn the Plaintiff, LORENA DEL CARMEN JARQUIN, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, LORENA DEL CARMEN JARQUIN, was known or reasonably foreseeable by the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, and the Plaintiff, LORENA DEL CARMEN JARQUIN, neither knew

nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, LORENA DEL CARMEN JARQUIN, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, the Plaintiff, LORENA DEL CARMEN JARQUIN, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, the Plaintiff, LORENA DEL CARMEN JARQUIN, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, and a trial by jury of all issues triable as a right by a jury.

DATED this <u>14th day of June, 2021</u>.

                Respectfully submitted,

                LAW OFFICES OF WILLIAM C. RUGGIERO
                Attorneys for Plaintiff
                Museum Plaza, Suite 703
                200 South Andrews Avenue
                Fort Lauderdale, Florida 33301
                Phone: (954) 462-2300
                Email: Ruggiero@wcrlaw.com

BY:   */s/ William C. Ruggiero*
       WILLIAM C. RUGGIERO
       Florida Bar No. 878499

WCR:am

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

    **I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

<u>Lorena del Carmen Jarquin</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Holiday CVS, LLC d/b/a Navarro Discount Pharmacy</u>
Defendant

    **II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☒ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

    **III.    TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes  If "yes," list all related cases by name, case number, and court.

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ William C. Ruggiero          Fla. Bar # 878499
        Attorney or party                    (Bar # if attorney)

William C. Ruggiero                 06/14/2021
(type or print name)                    Date

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

**LORENA DEL CARMEN JARQUIN,**

        Plaintiff,

vs.

**HOLIDAY CVS, LLC, d/b/a NAVARRO
DISCOUNT PHARMACY #10724,**

        Defendant.

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, LORENA DEL CARMEN JARQUIN, by and through undersigned counsel and sues the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, LORENA DEL CARMEN JARQUIN, at all times material and relevant hereto was a resident of the city of Homestead, Miami-Dade County, Florida, and is sui juris.

3. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about April 19, 2020 the Plaintiff, LORENA DEL CARMEN JARQUIN, was lawfully on the premises of the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, located at 2614 NE 10th Ct., Homestead, Florida 33033, as a business invitee.

5. That on or about April 19, 2020, the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about April 19, 2020, the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: The Plaintiff, LORENA DEL CARMEN JARQUIN, slipped and fell on dirty slippery liquid from a leaking sink on the Defendant's premises, causing the Plaintiff serious injury.

7. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, LORENA DEL CARMEN JARQUIN, of the existence of the dangerous condition.

8. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, failed to warn the Plaintiff, LORENA DEL CARMEN JARQUIN, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, LORENA DEL CARMEN JARQUIN, was known or reasonably foreseeable by the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, and the Plaintiff, LORENA DEL CARMEN JARQUIN, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, LORENA DEL CARMEN JARQUIN, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, the Plaintiff, LORENA DEL CARMEN JARQUIN, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, the Plaintiff, LORENA DEL CARMEN JARQUIN, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724, and a trial by jury of all issues triable as a right by a jury.

DATED this 14th day of June, 2021.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email:  Ruggiero@wcrlaw.com


BY:  /s/ William C. Ruggiero
     WILLIAM C. RUGGIERO
     Florida Bar No. 878499

WCR:am

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 21-013801 CA 01

**LORENA DEL CARMEN JARQUIN,**

        Plaintiff,

vs.

**HOLIDAY CVS, LLC, d/b/a NAVARRO
DISCOUNT PHARMACY #10724,**

        Defendant.
_____/

*CIVIL ACTION SUMMONS*

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**HOLIDAY CVS, LLC., d/b/a NAVARRO DISCOUNT
PHARMACY #10724
By serving CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 462-2300
Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____, 2021.

                              HARVEY RUVIN
                              as Clerk of said Court

(SEAL)                      BY: _____
                                      Deputy Clerk

WCR:am
June 25, 2021

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 21-013801 CA 01

**LORENA DEL CARMEN JARQUIN,**

        Plaintiff,

vs.

**CIVIL ACTION SUMMONS**

**HOLIDAY CVS, LLC, d/b/a NAVARRO DISCOUNT PHARMACY #10724,**

        Defendant.
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**HOLIDAY CVS, LLC., d/b/a NAVARRO DISCOUNT PHARMACY #10724
By serving CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 462-2300
Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____6/28/2021_____, 2021.

                                         HARVEY RUVIN
                                         as Clerk of said Court

(SEAL)                               BY: _____
                                                 Deputy Clerk

WCR:am
June 25, 2021

101700-1

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

LORENA DEL CARMEN JARQUIN,   CIRCUIT CIVIL DIVISION

    Plaintiff,   CASE NO. 2021-013801 CA 01

vs.

HOLIDAY CVS, LLC d/b/a
NAVARRO DISCOUNT PHARMACY
# 10724,

    Defendant.

_____/

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, HOLIDAY CVS, LLC, by and through the undersigned attorneys, and files this Motion for Extension of Time to respond to Plaintiff's, LORENA DEL CARMEN JARQUIN, Complaint served on July 6, 2021, and as grounds therefore states the following:

1. Plaintiff served her Complaint on this Defendant on July 6, 2021.

2. Defendant is unable to respond to the above referenced Complaint within the time provided in the Florida Rules of Civil Procedure.

3. This Defendant will need additional time within which to respond to the above Complaint.

4. This Motion is not being made to delay discovery and upon completion of Defendant's investigation, a response will be promptly filed with the Court.

WHEREFORE, Defendant, Holiday CVS, LLC, requests this Honorable Court to allow additional time within which to respond to the above referenced Complaint.

CASE NO. 2021-013801 CA 01

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: William C. Ruggiero, Esquire, ruggiero@wcrlaw.com; on this 26th day of July, 2021.

*/s/ Jacob J. Liro*
Jacob J. Liro, Esquire
Florida Bar No. 32720
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Holiday CVS, LLC
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL  33134
Phone: (305) 448-3939
Fax: (305) 441-1745
miacrtpleadings@wickersmith.com